UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT  CR08-055 PAM/JSM |
| ) | |
| Plaintiff, ) | (18 U.S.C. § 1030(a)(2)) |
| ) | |
| v.  ) | |
| ) | |
| FREDERICK RAND, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1-5
(Accessing Protected Computer)

On or about the dates set forth below, in the State and District of Minnesota and elsewhere, the defendant,

**FREDERICK RAND,**

intentionally accessed a computer without authorization and thereby obtained information from a protected computer, to wit, a computer maintained by C.H. Robinson Worldwide, Inc. and used in interstate and foreign commerce and communication, in a manner that involved interstate and foreign communication, as follows:

| COUNT | DATE | UNAUTHORIZED ACCESS |
|---|---|---|
| 1 | 12/06/2006 | Accessed a C.H. Robinson Worldwide, Inc. computer in Minnesota from a computer in Mississippi and obtained commercial information |
| 2 | 01/04/2007 | Accessed a C.H. Robinson Worldwide, Inc. computer in Minnesota from a computer in Mississippi and obtained commercial information |

SCANNED
FEB 20 2008
U.S. DISTRICT COURT MPLS

FILED FEB 20 2008
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____
DEPUTY CLERK'S INITIALS____

U.S. v. Frederick Rand

| COUNT | DATE | UNAUTHORIZED ACCESS |
|---|---|---|
| 3 | 03/21/2007 | Accessed a C.H. Robinson Worldwide, Inc. computer in Minnesota from a computer in Mississippi and obtained commercial information |
| 4 | 04/18/2007 | Accessed a C.H. Robinson Worldwide, Inc. computer in Minnesota from a computer in Mississippi and obtained commercial information |
| 5 | 07/19/2007 | Accessed a C.H. Robinson Worldwide, Inc. computer in Minnesota from a computer in Mississippi and obtained commercial information |

All in violation of Title 18, United States Code, Section 1030(a)(2).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY    FOREPERSON